In the Matter of STEPHEN MANKO, Respondent, against CITY OF BUFFALO et al., Appellants.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Motion for stay pending application to the

Court of Appeals for leave to appeal to the Court of Appeals and determination by the Court of Appeals, granted. [See 266 App. Div. 1061.] Present — Cunningham, P. J., Taylor, Dowling and McCurn, JJ.